UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>ALEX CHAMU,<br><br>              Defendant. | CASE NO.: 22-CR-02991-W<br><br>ORDER TO CONTINUE<br>MOTION HEARING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing from March 13, 2023 to April 3, 2023, at 9:00 a.m. is granted. It is further ordered that time is excluded from the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

DATED: 3/8/23

Honorable Thomas J. Whelan
United States District Judge