UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX CHAMU,<br><br>　　　　　Defendant. | CASE NO.:  22CR2991-W<br><br>Hon. Thomas J. Whelan<br><br>ORDER TO CONTINUE |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for October 2, 2023, be continue to **November 6, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

DATED: ___9/21/23___   　　　By: _____
　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　United States District Judge